# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-3302-GW-JCx | Date | June 21, 2022 |
|---|---|---|---|
| Title | *Blain Lomen v. Thomas P. Schmalzried, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING MOTION TO STAY; DENYING MOTION TO REMAND WITHOUT PREJUDICE; VACATING HEARING**

    For the same reasons as addressed in cases such as *Timms v. DePuy Orthopaedics, Inc.*, No. 15-5253 GW (JCx), the Court grants the defendants' motion to stay and denies, without prejudice, Plaintiff Blaine Lomen's motion to remand in this action. *See Timms*, Docket No. 30 (C.D. Cal. Sept. 4, 2015). Oral argument on the motions, set for June 23, 2022, is vacated. *See* C.D. Cal. L.R. 7-15.

    The status conference set for June 23, 2022 is continued to July 25, 2022 at 8:30 a.m.

    It is so ordered.

| | : |
|---|---|
| Initials of Preparer | JG |