# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE LOMEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS P. SCHMALZRIED, M.D.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; ORTHOLA, INC.; BRUCE ANTHONY CARVARNO; MEDICAL DEVICE BUSINESS SERVICES, INCORPORATED (f/k/a DEPUY, INC.; DEPUY ORTHOPEDICS, INC. and DEPUY ORTHOPAEDICS, INC.); DEPUY SYNTHES SALES,INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.  CV 22-3302-GW-AGRx<br><br>**ORDER RE DEFENDANTS' THIRD *EX PARTE* APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING, ALONG WITH ALL RELATED DATES AND DEADLINES, PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of William Choi]*<br><br>Amended Complaint Filed: April 1, 2022 |

/ / /

/ / /

/ / /

/ / /

- 1 -

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE DEFENDANTS' THIRD EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Based on a review of Defendants' Third *Ex Parte* Application to Extend Time to File Responsive Pleading, sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED** under the following terms:

The deadline for all defendants to respond to the First Amended Complaint is extended to September 22, 2022, along with all related dates and deadlines.

**IT IS SO ORDERED.**

Dated:  August 11, 2022

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE